# Franzblau Dratch, P.C.

S.M. Chris Franzblau  
Stephen N. Dratch*  
Julian Wilsey  
Brian M. Dratch*  
Shay Shailesh Deshpande*  

Attorneys At Law  
Plaza One  
354 Eisenhower Parkway  
P.O. Box 472  
Livingston, New Jersey 07039-0472  

OF COUNSEL  
Richard E. Mischel*  
Adam D. Dratch*  

* NJ & NY BAR

NEW YORK OFFICE  
233 Broadway, Suite 1800  
New York, NY 10279  
(212) 571-1808  
Please reply to NJ Office  

Main Office (973) 992-3700  
Telecopier (973) 992-7945 or (973) 994-0130  

email: SDRATCH@njcounsel.com  

Writer's Direct Dial: (973) 533-7212

January 3, 2020

Honorable Judge Ann M. Donnelly  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
U.S. Courthouse, 225 Cadman Plaza East  
Brooklyn, New York 11201  

    Re:  Gomez v. Lamanna  
         Case No. 1:18-cv-07252-AMD-LB

Dear Honorable Judge Donnelly:

    I have been consulted by petitioner Ynmaculada Gomez ("Petitioner") to review her case in order to help her assess whether she would retain my firm's services in these proceedings on a going forward basis. That review is still going on. Recently, I learned of Your Honor's Status Report Order of December 11, 2019 in which you asked that Petitioner provide the Court with an update on or before January 28, 2020 as to the status of her state court case, which I take to mean the "440 Petition" your Honor ordered her to pursue before resuming the instant habeas petition, on or before January 28, 2020.

    While my review of Petitioner's file is still ongoing, my impression at the moment is that under all circumstances Petitioner's interest would be best served if my firm only represented her in these habeas proceedings again; again, I stress

00164245 - 1

FRANZBLAU DRATCH, PC.
PAGE 2

if my firm is ultimately retained. I intend to inform the Court on whether I will be representing Petitioner in advance of the January 28, 2020 deadline, but I wanted to let the Court know I was reviewing her file, when I learned of the December 11 Status Report Order.

Respectfully submitted,

Stephen N. Dratch

cc: jmcastellano@queensda.org
    jcstorms@queensda.org
    jgtraill@queensda.org

00164245 - 1