# Franzblau Dratch, P.C.

S.M. Chris Franzblau
Stephen N. Dratch*
Julian Wilsey
Brian M. Dratch*
Shay Shailesh Deshpande*

Attorneys At Law
Plaza One
354 Eisenhower Parkway
P.O. Box 472
Livingston, New Jersey 07039-0472

OF COUNSEL
Richard E. Mischel*
Adam D. Dratch*

* NJ & NY BAR

NEW YORK OFFICE
233 Broadway, Suite 1800
New York, NY 10279
(212) 571-1808
Please reply to NJ Office

Main Office (973) 992-3700
Telecopier (973) 992-7945 or (973) 994-0130

email: SDRATCH@njcounsel.com

Writer's Direct Dial: (973) 533-7212

May 5, 2020

**VIA ECF**
Hon. Ann M. Donnelly, U.S.D.J
United States District Court
Eastern District of New York
225 Camden Plaza East
Brooklyn, NY 11201

      *Re: **Gomez v. Lamanna***
         ***Case No.*** 1:18-cv-07252-AMD-LB

Dear Judge Donnelly:

      I am counsel to petitioner Ynmaculada Gomez ("Petitioner") in the above-referenced action. I am writing to request an extension of three (3) weeks to submit Petitioner's revised petition for a writ of habeas corpus, making the revised petition due on May 29, 2020. As a result of the COVID-19 lockdown, my office has been unable, to this point, to devote the time necessary to make a sufficiently thorough submission on Petitioner's behalf. In addition, I only recently received the entire transcript of Petitioner's trial. I note that counsel for Respondent has not yet made an appearance, so there would be no prejudice to my adversary if the extension were granted.

      The Court's attention to this matter is greatly appreciated.

                                      Respectfully submitted,

                                      STEPHEN N. DRATCH

SND/dam
cc:    Jahoney Gomez Via email jahoneyg@gmail.com

00196278 - 1